1mv 

```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF TEXAS
                  BROWNSVILLE DIVISION
```

United States District Court
Southern District of Texas
FILED

APR 13 1999

Michael N. Milby
Clerk of Court



| | |
|---|---|
| ADOLFO LOPEZ | * |
| VS | * C.A. NO. B98 007 |
| UNITED STATES OF AMERICA | * |

## O R D E R

The Application to Proceed in Forma Pauperis is hereby **GRANTED**. Let the Applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

The Government is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2255 Motion to Vacate, Set Aside, or Correct Sentence on or before **June 14, 1999**.

DONE at Brownsville, Texas, this 13th day of April, 1999.

Felix Recio
United States Magistrate Judge