5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 19 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

ADOLFO LOPEZ, §
Petitioner, §
§
§
v. § CIVIL ACTION NO. B-98-7
§
BILL CLINTON, PRESIDENT §
OF THE UNITED STATES, ET AL., §
Respondents. §

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of September 1, 1999 should be adopted and the Petition for Habeas Corpus pursuant to 28 U.S.C. §2255 should be DENIED.

DONE in Brownsville, Texas on this 19th day of November, 1999.

Filemon B. Vela
United States District Judge

4